Case No. 14-2033

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

SHARI MACHESNEY

    Plaintiff - Appellant

v.

LAR-BEV OF HOWELL, INC.; LARBEV, INC.; LARBEV-FENTON, INC.; LARBEV-UNION LAKE, INC.; LARBEV-WATERFORD INC.

    Defendants - Appellees

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: April 25, 2016

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 25, 2016

Mr. Phillip Andrew Bock

Mr. Larry W. Davidson

Re: Case No. 14-2033, *Shari Machesney v. Lar-Bev of Howell, Inc., et al*
Originating Case No. : 2:10-cv-10085

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. David J. Weaver

Enclosure

No mandate to issue