UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shari Machesney,

    Plaintiff,

v.                                     Case No. 10-10085

Lar-Bev of Howell, Inc., *et al.*,      Sean F. Cox
                                            United States District Court Judge

    Defendants.
_____/

## **ORDER**

The Court held a Status Conference with the parties on this date. As discussed and agreed at that Status Conference, the Court hereby **ORDERS** that by **December 14, 2016**:

    1)    Plaintiff's Counsel shall take the deposition of Caroline Abraham;

    2)    Any motions for summary judgment shall be filed; and

    3)    The parties shall complete mediation/facilitation;

**IT IS FURTHER ORDERED** that, no later than **September 27, 2016**, the parties shall advise the Court as to whether they have agreed upon a facilitator. If the parties are unable to agree upon a facilitator, then each party shall submit a list of three proposed facilitators to the Court and the Court shall select the facilitator.

**IT IS SO ORDERED.**

                                                  S/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated: September 13, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on

September 13, 2016, by electronic and/or ordinary mail.

                                              S/Jennifer McCoy
                                              Case Manager