UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARI MACHESNEY,

        Plaintiff,

-vs-                                          No. 2:10-cv-10085-SFC-MJH

LAR-BEV OF HOWELL, INC.;             Hon. Sean F. Cox
LARBEV, INC.; LARBEV-FENTON, INC.;    Mag. Judge Michael J. Hluchaniuk
LARBEV-UNION LAKE, INC.;
LARBEV-WATERFORD, INC.,

        Defendants.
_____

| | |
|---|---|
| Phillip A. Bock | John R. Prew   (P41891) |
| BOCK & HATCH, LLC | Jason R. Mathers   (P66022) |
| Attorney for Plaintiff | HARVEY KRUSE, P.C. |
| 134 N. LaSalle Street, Suite 1000 | Attorney for Lar-Bev Defendants |
| Chicago, IL 60602 | 1050 Wilshire Drive, Suite 320 |
| (312) 658-5500 | Troy, MI 48084 |
| | (248) 649-7800 |
| Jason J. Thompson   (P47184) | |
| SOMMERS SCHWARTZ, P.C. | |
| Attorney for Plaintiff | |
| 2000 Town Center, Suite 900 | |
| Southfield, MI 48075 | |
| (248) 355-0300 | |

_____

## **DECLARATION OF ATTORNEY JASON R. MATHERS**

    I, JASON R. MATHERS, hereby declare the following:

1

1. I have personal knowledge of the facts and matters alleged herein and can competently testify to same.

2. I am an attorney at the law firm of Harvey Kruse, P.C., which represents Defendants LAR-BEV OF HOWELL, INC., LARBEV, INC., LARBEV-FENTON, INC., LARBEV-UNION LAKE, INC., LARBEV-WATERFORD, INC., in the above-captioned matter.

3. On March 15, 2017, Harvey Kruse, P.C. served by U.S. mail a Notice of Class Settlement Pursuant to Class Action Fairness Act, 28 U.S.C. § 1715 upon the U.S. Attorney General and the Michigan Attorney General. Each notice attached a copy of the following documents:

(a) The original Class Action Complaint, along with Plaintiff's Motion for Class Certification as originally filed therewith;

(b) The Agreed Motion for Preliminary Approval of Class Action Settlement setting the final approval hearing;

(c) The class notice, including the claim form;

(d) The Settlement Agreement; and

(e) A list containing the names of prospective class members.

4. The notice stated there are no contemporaneous agreements between class counsel and counsel for the Defendant in connection with the proposed settlement other than the enclosed Settlement Agreement.

                                                                   */s/ Jason R. Mathers*
                                                                   Jason R. Mathers (P66022)
                                                                  Harvey Kruse, P.C.
                                                                  Attorney for Defendants

Dated: March 15, 2017

[X] Under penalties as provided by law pursuant to 28 U.S.C. § 1746(2), I certify that the statements set forth herein are true and correct

**HARVEY KRUSE**
ATTORNEYS & COUNSELORS    A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526    248-649-7800